AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 29 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>GERSON ESTUARDO CRUZ VARGAS<br><br>*Defendant* | )<br>)<br>) Case No. 5:25-MJ-144-LLK<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, Shawn Bean the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between September 30, 2025 and October 4, 2025 in the county of Christian in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5) | Illegal Alien in Possession of a Friearm |

This criminal complaint is based on these facts: See attached Affidavit.

XX☐  Continued on the attached sheet

*Shawn Bean*
_____
Complainant's signature

Shawn Bean, ATF TFO
*Printed name and title*

Sworn and subscribed before me by reliable electronic means: telephone and email submission

Date: October 29, 2025

_____
Judge's Signature

City and State: Paducah, Kentucky

Lanny King, United States Magistrate Judge
*Printed Name and Title*

*LAD (AUSA initials)*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Comes now Your Affiant, Task Force Officer Shawn Bean of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), first being duly sworn, now deposes and says:

1. I am an ATF Task Force Officer assigned from Hopkinsville Police Department and have been so affiliated since September 2024. Prior to my affiliation with ATF, Your Affiant worked as a law enforcement officer for several agencies, beginning in 1994. I am presently assigned to the ATF Bowling Green Field Office. My duties include, but are not limited to, that of enforcing the federal firearms laws under Title 18, United States Code. I am a graduate of the Kentucky Department of Criminal Justice Training Center, and as a result of my training and experience as a law enforcement officer, as well as an ATF Task Force Officer, I am familiar with federal criminal laws and federal firearm laws. During my experience with ATF, I have been involved in many investigations involving armed criminals and as a result, I have become familiar with federal and state firearms laws.

2. This Affidavit is being submitted for the limited purpose of securing an arrest warrant for **Gerson Estuardo CRUZ VARGAS** (hereinafter "**CRUZ VARGAS**"). Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for **CRUZ VARGAS**, your Affiant has not included each and every fact known concerning this investigation.

3. Based on the facts of the investigation, your affiant has cause to believe that on or about and between September 30, 2025, and October 4, 2025, in the Western District of Kentucky, Christian County, Kentucky, **CRUZ VARGAS** committed the offense of Alien in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(5).

4. The statements in this Affidavit are either known to me personally, based on my personal involvement, information provided verbally to me by other law enforcement personnel,

information received by a review of court documents and, records maintained by the National Crime Information Center (NCIC), Department of Homeland Security information systems, as well as my training and experience, and the training and experience of other law enforcement officers.

## PROBABLE CAUSE

5. On or about September 30, 2025, your Affiant received information that **CRUZ VARGAS** and a second Hispanic male, Fredy RAMOS PINACHO frequented the Shell Shop, LLC, a federal firearms licensee in the business of selling firearms, located in Hopkinsville, KY. During an interaction with one of the store employees, **CRUZ VARGAS** produced a Glock pistol chambered in .357 SIG and inquired about buying ammunition for the pistol. The employee inspected the Glock pistol to confirm the caliber and explained to CRUZ VARGAS that a replacement barrel could be obtained chambered in .40 S&W, a more popular and more readily available caliber cartridge. **CRUZ VARGAS** and RAMOS PINACHO indicated their desire to purchase additional firearms from the Shell Shop, LLC. as the conversation expanded. During said conversation, both male subjects were unable to produce the necessary identification to complete a Form 4473. **CRUZ VARGAS** and RAMOS PINACHO would eventually reveal to the employee that they illegally entered the United States and therefore had no identification to produce. The employee terminated the conversation regarding a gun sale and informed **CRUZ VARGAS** and RAMOS PINACHO that it was unlawful for the store to sell them a firearm; to which, they replied they purchased firearms all the time from a subject who traveled to Hopkinsville, KY from Nashville, TN. to sell them firearms.

6. On October 3, 2025, **CRUZ VARGAS** returned to the Shell Shop, LLC. And encountered another employee. He purchased a holster and .357 SIG ammunition that recently came into stock.

**CRUZ VARGAS** would return to the Shell Shop LLC. on October 4, 2025, and utilize the indoor gun range to fire the Glock pistol. **CRUZ VARGAS** was captured on store surveillance in possession of said Glock pistol as it functioned and discharged as designed. **CRUZ VARGAS** also recorded or live streamed his actions using his cellular phone according to the video.

7. Your affiant reviewed documents from the Department of Homeland Security indicating **CRUZ VARGAS** has no immigration documents on file and RAMOS PINACHO has an active Deportation Order dated 11/29/2021 and both are in the U.S. illegally. RAMOS PINACHO is citizen of Honduras. **CRUZ VARGAS** is undocumented and his country of birth is unknown.

8. Your affiant noted the documents for both subjects indicate the following:

> Confirmation of the subject's identity and a record check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

9. An interstate nexus determination was made by an ATF Interstate Nexus expert on the Glock pistol mentioned above. Based upon a description of the firearm provided by your affiant to the ATF Interstate Nexus expert, it was determined the firearm was found to be a firearm as defined by federal statute, and not manufactured in the state of Kentucky. Based upon this information, concerning the location of manufacture for the firearms, the presence of the firearm in Kentucky indicates that at some point the firearm travelled in or affected interstate or foreign commerce.

10. On October 28, 2025, a Hopkinsville Police Department patrol unit stopped **CRUZ VARGAS** for traffic violations. **CRUZ VARGAS** was found to be operating a vehicle without a valid driver's license. **CRUZ VARGAS** was arrested on the offense and other traffic violations. An ICE deportation officer interviewed **CRUZ VARGAS** telephonically and confirmed that he

was a citizen of Guatemala and in the country illegally. ICE placed a detainer on **CRUZ VARGAS** and lodged it with the Christian County Jail.

11. Therefore, based upon the foregoing, your Affiant has probable cause to believe that on or about and between September 30, 2025 and October 4, 2025, in the Western District of Kentucky, Christian County, Kentucky, Gerson **CRUZ VARGAS**, having knowledge that he had entered the United States unlawfully, knowingly possessed, in and affecting interstate and/or foreign commerce, a GLOCK pistol, unknown model, .357SIG caliber, bearing an unknown serial number, in violation of 18 U.S.C. § 922(g)(5).

WHEREFORE, your affiant respectfully requests that a warrant be issued for the violations alleged herein.

Further your Affiant sayeth naught.

*Shawn Bean*
Task Force Officer Shawn Bean
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email submission on this the 29th day of October, 2025.

Honorable Lanny King
United States Magistrate Judge